IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT ANTHONY VINCE,<br>Plaintiff<br><br>v.<br><br>MATTHEW GODLEWSKI, in his individual capacity; JONATHAN KASKEY, in his individual capacity; JOSEPH WOZNIAK, in his individual capacity; JOHN CARLOS RODRIGUEZ, JR., in his individual capacity; ROBERT CAPPARELL, in his individual capacity; JOHN DOE No. 1, in his individual capacity; and JOHN DOE No. 2, in his individual capacity,<br>Defendants | No. 3:24cv902<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 21st day of March 2025, for the reasons set forth in a separate memorandum, it is hereby **ORDERED** that:

1) Defendants Robert Capparell, Matthew Godlewski, Jonathan Kaskey, John Carlos Rodriguez, and Joseph Wozniak's motion to dismiss (Doc. 11) is **GRANTED** as to Count I of plaintiff's complaint;

2) Plaintiff's claims in Count I for violation of 42 U.S.C. § 1983 are **DISMISSED** with prejudice;

3) The court declines to exercise supplemental jurisdiction over plaintiff's state law claims in Counts II-IV of the complaint;

4) Counts II-IV are **DISMISSED** without prejudice; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court